# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ROBERT J. BOEHM AND BEVERLY LYNN BOEHM, | : | No. 239 WAL 2015 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| RIVERSOURCE LIFE INSURANCE COMPANY AND JAMES DAY, II, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.